■ MICHELLE MARONE, Appellant, v GOVINDAN GOPINATHAN, Respondent, et al., Defendants. [699 NYS2d 305] —In an action, *inter alia,* to recover damages for medical malpractice, the plaintiff appeals from an order of the Supreme Court, Kings County (Spodek, J.), dated July 20, 1998, which granted the motion of the defendant Govindan Gopinathan for summary judgment dismissing the complaint insofar as asserted against him.

Ordered that the order is affirmed, with costs.

The defendant Govindan Gopinathan established his entitlement to summary judgment dismissing the complaint insofar as asserted against him as a matter of law. The conclusory allegation of the plaintiff's expert that Gopinathan, a neurologist, misled subsequent doctors by misdiagnosing the plaintiff's pulmonary condition was unsupported by evidence tending to establish the essential elements of malpractice and thus was insufficient to defeat the motion for summary judgment (*see, Alvarez v Prospect Hosp.,* 68 NY2d 320, 324; *Rosado v Lutheran Med. Ctr.,* 202 AD2d 412; *Guida v Hsu,* 187 AD2d 485; *Burt v Lenox Hill Hosp.,* 141 AD2d 378; *Kane v City of New York,* 137 AD2d 658, 660). O'Brien, J. P., Altman, Florio and Smith, JJ., concur.

■ CATHERINE MARSHALL et al., Respondents, v TOWN OF RIVERHEAD et al., Respondents, and COUNTY OF SUFFOLK, Appellant. [699 NYS2d 292] —In an action to recover damages for personal injuries, etc., the defendant County of Suffolk appeals from an order of the Supreme Court, Suffolk County (Doyle, J.), dated July 10, 1997, which denied its motion for summary judgment dismissing the complaint and all cross claims insofar as asserted against it.

Ordered that the appeal is dismissed as academic, without costs or disbursements, in light of our determination of the appeals from an interlocutory judgment and a judgment of the same court entered October 23, 1998, and November 13, 1998, respectively (*see, Marshall v Town of Riverhead* (267 AD2d 216 [decided herewith]). Santucci, J. P., Thompson, Sullivan and Friedmann, JJ., concur.